# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHERYL CALAMIA

VERSUS

WINN-DIXIE MONTGOMERY, LLC,
AND BARRETT TROSCLAIR

NO.  2019 CW 1461

**FEB 18 2020**

---

In Re:    Winn-Dixie Montgomery, LLC, applying for supervisory
writs, 23rd Judicial District Court, Parish of
Ascension, No. 117074.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**WIL**

**Penzato, J.,** dissents and would issue the Notice of
Briefing Schedule pursuant to La. Code Civ. P. art. 966(H) to
the counsel of record herein.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT